FILED

2016 MAY 19  PM 3: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

ARNOLD GERALD LETO III,

     Defendant.

CR No. **CR16-0346**

I N D I C T M E N T

[49 U.S.C. § 46317(a)(1): Serving as an Airman in Air Transportation Without Airman Certificate]

The Grand Jury charges:

COUNT ONE

[49 U.S.C. § 46317(a)(1)]

On or about January 30, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARNOLD GERALD LETO III knowingly and willfully served and attempted to serve as an airman, operating an aircraft in air transportation, without an airman's certificate authorizing him to serve in that capacity,

///

///

1 | specifically, by piloting a Cessna Citation turbojet aircraft from
2 | Santa Monica, California, to Phoenix, Arizona.

COUNT TWO

[49 U.S.C. § 46317(a)(1)]

On or about April 8, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARNOLD GERALD LETO III knowingly and willfully served and attempted to serve as an airman, operating an aircraft in air transportation, without an airman's certificate authorizing him to serve in that capacity, specifically, by piloting a Falcon 10 turbojet aircraft from Van Nuys Airport to Las Vegas, Nevada.

A TRUE BILL

/s/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Environmental and Community
Safety Crimes Section