UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED

## CASE SUMMARY

Case Number **CR16-0346**

Defendant Number 1

2016 MAY 19 PM 3:11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

U.S.A. v. Arnold Gerald Leto III

Year of Birth 1980

☒ Indictment    ☐ Information

Investigative Agency (FBI, DEA, etc.) DOT, Office Inspect. General

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor    ☐ Minor Offense    ☐ Petty Offense
☐ Class B Misdemeanor    ☐ Class C Misdemeanor    ☒ Felony

b. Date of Offense: 1-30-15

c. County in which first offense occurred:

Los Angeles

d. The crimes charged re alleged to have been committed in:

CHECK **ALL** THAT APPLY

☒ Los Angeles      ☐ Ventura
☐ Orange           ☐ Santa Barbara
☐ Riverside        ☐ San Luis Obispo
☐ San Bernardino   ☐ Other _____

Citation of Offense 49 U.S.C. Section 46317(a)(1)(serving as airman w/out airman cert. authorizing service in that capacity)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No    ☐ Yes

If YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any, **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: 4-26-16

Case Number   16-888M

Charging 49 U.S.C. Section 46317(a)(1)

The complaint:    ☒ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented:   ☐ No   ☐ Yes

If YES, provide, Name: Georgina Wakefield, DFPD
Phone Number: 213-894-4795

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief:
☐ Yes*        ☒ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?        ☐ Yes        ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____
The superseded case:

☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in case-in-chief?
☐ Yes*        ☐ No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☒ No
*AN ORIGINAL AND 1 COPY OF THE NOTICE COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☐ NO
If YES, list language and/or dialect: _____

**OTHER**
☒ Male   ☐ Female
☒ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).
Is defendant a juvenile?   ☐ Yes   ☐ No
If YES, should matter be sealed?   ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☒ Other  Public Safety_____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: 4-27-16
b. Posted bond at complaint level on: 4-29-16
   in the amount of $ 10,000 unsecured
a. PSA supervision:   ☒ Yes   ☐ No
c. Is on bail or release from another district: _____

Defendant is **in** custody:
b. Place of incarceration:   ☐ State   ☐ Federal
c. Name of institution: _____
d. If Federal: U.S. Marshal's Registration Number: _____
e. ☐ Solely on this charge. Date and time of arrest: _____
f. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of issue
g. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district
Pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 5-18-16

_Signature_
Signature of Assistant U.S. Attorney
Dennis Mitchell
Print Name