# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:16-CR-00346          Recorder: CS 05/24/2016          Date: 05/24/2016

Present: The Honorable Karen L. Stevenson, U.S. Magistrate Judge

Court Clerk: Roxanne Horan-Walker          Assistant U.S. Attorney: Dennis Ketchel

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ARNOLD GERALD LETO III<br>BOND-PRESENT | GEORGINA WAKEFIELD, special appearance by SUMMER LACEY<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dale S. Fischer.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/12/2016 at 8:00 AM
    Status Conference 6/6/2016 at 8:30 AM
    Pre-trial Conference 6/6/2016 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: RH by TRB